**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

David W. Keller, Respondent,

v.

ING Financial Partners, Inc., William C. Johnson, Diversified Business Concepts, Inc., and Jackson National Life Insurance Company, Defendants,

Of Whom ING Financial Partners, Inc., William C. Johnson, and Diversified Business Concepts, Inc., are, Petitioners.

Appellate Case No. 2013-000651

_____

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

_____

Appeal from Greenville County
D. Garrison Hill, Circuit Court Judge

_____

Memorandum Opinion No. 2015-MO-006
Heard February 5, 2015 – Filed February 11, 2015

_____

**DISMISSED AS IMPROVIDENTLY GRANTED**

_____

Ashley Bryan Abel and Thomas Chase Samples, both of Jackson Lewis, P.C., of Greenville, for Petitioners.

Pierce Talmadge MacLennan, H. Donald Sellers and J. W. Matthews, III, all of Haynsworth Sinkler Boyd, P.A., of Greenville, for Respondent.

Alice W. Parham Casey, of Wyche, P.A. of Columbia, for *Amicus Curiae,* Financial Industry Regulatory Authority, Inc.

**PER CURIAM:** We granted certiorari to review the Court of Appeals' decision in *Keller v. ING Fin. Partners, Inc.*, Op. No. 2013-UP-014 (S.C. Ct. App. filed Jan. 9, 2013). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**